ORIGINAL

FILED

03/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0147

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ALEXANDER GARRETT LAFORGE III,

Defendant and Appellant.

O R D E R

FILED

MAR 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Alexander Garrett LaForge III petitions this Court for an out-of-time appeal, indicating that he discussed filing a timely appeal with his attorney but that his attorney failed to file it for him. He states that he has "been trying to get a hold of [his] court[-] appointed attorney . . . since [his] sentencing in May of 2022. He adds that his appeal has not been filed as of January 29, 2023. LaForge includes a copy of the court's Judgment.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

In open court on May 23, 2022, LaForge appeared with counsel in the Yellowstone County District Court for sentencing. The District Court imposed a 110-year sentence to the Montana State Prison for convictions of deliberate homicide (with weapons enhancement) and use of a weapon.

This Court observes that LaForge has provided a verified petition but that the document does not seem to be served upon opposing counsel. M. R. App. P. 10(1)(c).

We conclude that LaForge is entitled to an appeal. LaForge has recent convictions and sentences. He may be entitled to representation of counsel in this appeal. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that LaForge's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Alexander Garrett LaForge III. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. When LaForge qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record along with a copy of LaForge's Petition for an Out-of-Time Appeal, and to Alexander Garrett LaForge III personally.

DATED this _____ day of March, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2